No. 89–962.  STORY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–5408.  SOTO *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 89–5452.  WEAVER *v.* SHEAFFER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–5609.  DUNN *v.* WHITE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–5701.  PERCEVAL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 89–5747.  JENKINS *v.* LOUISIANA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5761.  MUNNA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–5768.  SLADER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–5822.  SOSA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5828.  CREEL *v.* DISTRICT ATTORNEY OF MEDINA COUNTY, TEXAS, ET AL.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 89–5856.  MILANO *v.* JOHNSON, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.

No. 89–5861.  SILVA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–5871.  PIERCE *v.* UNITED STATES; and
No. 89–5873.  LANE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Reported below: 883 F. 2d 1484.

No. 89–5883.  MCKEE *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 89–5893.  SANTOS *v.* KOLB, SUPERINTENDENT, FOX LAKE CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certiorari denied.